IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**TYROME BROWN**                                                                                  **PLAINTIFF**

**V.**                                               **NO. 4:22-CV-99-DMB-JMV**

**GENERAL MOTORS, LLC**                                       **DEFENDANT**

## ORDER

On February 1, 2023, Tyrome Brown and General Motors, LLC filed a joint motion to dismiss this case "with prejudice, with each party to bear their own costs," representing that they have "resolved this case by way of settlement." Doc. #12 at 1. Based on the settlement, the joint motion [12] is **GRANTED**. This case is **DISMISSED with prejudice**.

**SO ORDERED**, this 1st day of February, 2023.

                                                                **/s/Debra M. Brown**
                                                                **UNITED STATES DISTRICT JUDGE**