IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**TYROME BROWN**                                                                              **PLAINTIFF**

**V.**                                                             **NO. 4:22-CV-99-DMB-JMV**

**GENERAL MOTORS, LLC**                                                  **DEFENDANT**

<u>**FINAL JUDGMENT**</u>

In accordance with the order entered this day, this case is **DISMISSED with prejudice**.

**SO ORDERED**, this 1st day of February, 2023.

                                                          **/s/Debra M. Brown**
                                                          **UNITED STATES DISTRICT JUDGE**